UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SCOTT PEASLEY,

    Plaintiff,

v.

M. SPEARMAN, et al.,

    Defendants.

Case No. 15-cv-01769-LHK (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on May 11, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, David Peasley Pro Se.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Michael Quinn.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1     ( X ) The parties are unable to reach an agreement at this time. Settlement
2 negotiations will continue.
3     **IT IS SO ORDERED.**
4 Dated: 5/12/2017

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCOTT PEASLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>M. SPEARMAN, et al.,<br><br>    Defendants. | Case No. 15-cv-01769-LHK (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on May 12, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Scott Peasley ID: AB7115
Chuckawalla Valley State Prison
P.O. Box 2349
Blythe, CA 92226

Dated: May 12, 2017

                                                      Susan Y. Soong
                                                      Clerk, United States District Court
                                                      By *[signature]*
                                                      Gloria Knudson, Deputy Clerk to the
                                                      Honorable NANDOR J. VADAS