United States District Court
Northern District of California

1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

7        DAVID SCOTT PEASLEY,                        Case No. 15-cv-01769-JSW

8                         Plaintiff,

9                v.                                  **ORDER DENYING MOTIONS FOR
                                                     LEAVE TO AMEND AND TO
10       M. SPEARMAN, et al.,                        RECONSIDER; DIRECTING
                                                     DEFENDANTS TO RESPOND TO
11                        Defendants.                MOTION FOR STAY**

                                                     Re: Dkt. Nos. 399, 400, 404
12

13            Plaintiff is a California prisoner proceeding pro se.  Defendants have filed a motion for

14      summary judgment on his sole remaining claim (Count 6).  Plaintiff has filed an opposition.  The

15      reply brief is due on or before November 7, 2022.

16            Plaintiff has filed motion to amend the complaint, to reconsider a prior order denying  a

17      prior motion for leave to amend, and a motion to stay.  Plaintiff has still not submitted a proposed

18      amended complaint.  Plaintiff was informed three times recently that his motions for leave to

19      amend were denied because he did not submit a proposed amended complaint.  Nevertheless, he

20      has continued to move for leave to amend his complaint without submitting the amended

21      complaint he proposes to file.  Without a proposed amended complaint, the Court cannot discern

22      whether his claims are cognizable or leave file the amended complaint should be granted.  He

23      cannot continue to do so.  No further motion for leave to amend may be filed without a proposed

24      amended complaint.  The motion for leave to amend and to reconsider are DENIED.

25            Plaintiff has filed a motion to stay ruling on the motion for summary judgment.  He claims

26      it was not served upon him.  The proof of service indicates that various exhibits were served upon

27      Plaintiff by mail, but the motion itself was not; it was simply filed electronically.  Plaintiff's

28      opposition responds to various arguments by Defendants, but it is not clear whether or not Plaintiff

1   has had access to the electronically filed motion.  On or before November 7, 2022, Defendants

2   shall either explain why the motion was not served upon Plaintiff by mail and whether or not

3   Plaintiff has been able to access the electronically filed documents at his prison, or serve the

4   motion upon Plaintiff by mail, file a proof of such service, and file a stipulation to extend the

5   deadlines for Plaintiff to supplement his opposition.

6          **IT IS SO ORDERED.**

7   Dated: October 27, 2022

8

9   _____

10  JEFFREY S. WHITE
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California