UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SCOTT PEASLEY,

    Plaintiff,

    v.

M. SPEARMAN, et al.,

    Defendants.

Case No. 15-cv-01769-JSW

**ORDER OF DISMISSAL**

On September 25, 2025, Plaintiff was ordered to show cause why the case should not be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. No response from Plaintiff has been received. As Plaintiff has not shown cause, requested an extension of time to do so, or otherwise responded to the order, the case is DISMISSED for failure to prosecute under Rule 41(b). The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 29, 2025

JEFFREY S. WHITE
United States District Judge